**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:

JAMES ARNOLD NYLANDER

Debtor.

Chapter 7
Case No.: 26-60417

# MOTION FOR APPROVAL OF SETTLEMENT

TO: The United States Bankruptcy court, the United States Trustee, the Debtor, the Debtor's attorney, and all parties who requested notice under Bankruptcy Rule 2002.

1. Patrick J. Sinner, Trustee moves the Court for the relief requested below.
2. Any response to this motion must be filed and served not later than Thursday, August 28, 2026. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**
3. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this Chapter 7 case was filed on July 01, 2026. The case is now pending in this Court.
4. This motion arises under Fed. R. Bankr. P. 9019 and Local Rule 9019-1. This motion is filed under Fed. R. Bankr P. 9013 and 9014. The trustee requests approval of the settlement as set forth below.
5. The following is a summary of the issue and the terms of the proposed agreement:

   The debtor possesses two non-exempt vehicles with a total value of $2,250 as well as non-exempt earned but unpaid wages recoverable by bankruptcy estate under 11. U.S.C. § 547. The trustee has agreed to accept $2,012.50 from the debtor in full settlement of the preference claim against James Arnold Nylander.

   The debtor will pay the total sum of $2,012.50 to the bankruptcy estate in two (2) payments of $1,006.25, with the first payment being due by August 31, 2026 and the second payment due by September 30, 2026.

**Wherefore**, the trustee moves the Court for an order approving the settlement and for such other and further relief as is just and equitable.

Dated: August 6, 2026

Signed: /e/ Patrick J. Sinner

Patrick J. Sinner, Trustee
3429 Interstate Blvd. S
Fargo, ND 58103
(701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

JAMES ARNOLD NYLANDER

CASE NO: 26-60417

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7

On 8/6/2026, I did cause a copy of the following documents, described below,

Motion to Approve Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/6/2026

/s/ Patrick J. Sinner
Patrick J. Sinner 0396710
Chapter 7 Panel Trustee
KD Law Partners
3429 Interstate Blvd S
Fargo, ND 58103
701-232-8757
ana@kdlawpartners.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

JAMES ARNOLD NYLANDER

CASE NO: 26-60417

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 8/6/2026, a copy of the following documents, described below,

Motion to Approve Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/6/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Patrick J. Sinner
KD Law Partners
3429 Interstate Blvd S
Fargo, ND 58103

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-60417
DISTRICT OF MINNESOTA
WED AUG 5 13-28-33 PST 2026

FERGUS FALLS ST PAUL
200 WARREN E BURGER FEDERAL BUILDING AND
U S COURTHOUSE
316 N ROBERT ST
ST PAUL MN 55101-1495

ARCABSOLUTE RESOLUTIONS CORP
PO BOX 243
MINNEAPOLIS MN 55439

(P)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

(P)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CFNA
ATTN BANKRUPTCY
BK11CUSTOMER SERVICE PO BOX 81315
CLEVELAND OH 44181-0315

CAPITAL ONE BANK (USA) NA
RICHARD D FAIRBANKCEO
1680 CAPITAL ONE DR
MCLEAN VA 22102-3407

CROWN ASSET MANAGEMENT LLC
CEO BRIAN K WILLIAMS
3100 BRECKINRIDGE BLVD STE725
DULUTH GA 30096-7605

CWSCW NEXUS
ATTN BANKRUPTCY
PO BOX 9201
OLD BETHPAGE NY 11804-9001

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY UT 84130-0939

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1626

GURSTEL LAW FIRM PC
6681 COUNTRY CLUB DRIVE
GOLDEN VALLEY MN 55427-4601

IRS
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

JAMES I ROBERTS
5280 15TH AVE SE
SAINT CLOUD MN 56304-9592

MN DEPARTMENT OF REVENUE
COLLECTIONS BKY SECTION
PO BOX 64447
SAINT PAUL MN 55164-0447

(P)RAYUS RADIOLOGY
MEDICAL SCANNING CONSULTANTS PA DBA RAYUS
RADIOLOG
5775 WAYZATA BLVD SUITE 400
ST LOUIS PARK MN 55416-1271

MERRICK BANK
PO BOX 5721
HICKSVILLE NY 11802-5721

NAR INC
CEO NYKIA WRIGHT
1600 WEST 2200 SOUTH STE 410
SALT LAKE CITY UT 84119-7240

SANTANDER CONSUMER USA
PO BOX 961211
FORT WORTH TX 76161-0211

SCHWEIGERT KLEMIN MCBRIDE
116 NORTH 2ND STREET
BISMARCK ND 58501-3817

(P)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

WALMART CREDIT SERVICESCAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

WELLS FARGO BANK NA
ATTN BANKRUPTCY
POBOX 393
MINNEAPOLIS MN 55480-0393

DEBTOR

JAMES ARNOLD NYLANDER
PO BOX 546
BRANDON MN 56315-0546

~~EXCLUDE~~

~~MICHAEL HENRY PETERSON~~
~~HELLER THYEN PA~~
~~606 25TH AVENUE SOUTH~~
~~SUITE 110~~
~~ST CLOUD MN 56301-4810~~

~~EXCLUDE~~

~~PATRICK JOHN SINNER~~
~~KD LAW PLLP~~
~~3429 INTERSTATE BLVD S~~
~~FARGO ND 58103-2213~~

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:

JAMES ARNOLD NYLANDER

Debtor.

Chapter 7
Case No.: 26-60417

## ORDER

Patrick J. Sinner, trustee in this matter, filed a Motion to Approve Settlement on August 6, 2026. No objection was filed as to the settlement agreement reached between the trustee and the debtor, James Arnold Nylander. Based upon the motion, files, and records,

IT IS ORDERED:

1. The motion is granted.
2. The settlement is approved.

Dated:

________________________________
William J. Fisher
United States Bankruptcy Judge